

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2018

No. 04-18-00038-CV

The **STATE** of Texas,
Appellant

v.

**1997 CHEVROLET 1500**, **VIN 2GCEK19R8V1215273** (Travis Vernon Hodges & Texas Car
Title & Payday Loan Services, Inc.),
Appellees

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 16225A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:     Karen Angelini, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

Appellant's motion for rehearing is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 25th day of October, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court